**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PICCOLO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, and BARCLAYS BANK DELAWARE,<br><br>Defendants. | Case No. 2:21-cv-01070-JAD-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Stephen Piccolo, Jr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 7, 2021, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 3, 2021. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 17, 2021. This is the second motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

5164274.1

Dated this 3rd day of September 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**KIND LAW**

*/s/ Michael Kind*
**MICHAEL KIND**
Nevada Bar No. 13903
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
mk@kindlaw.com
***Counsel for Plaintiff***

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this  3rd  day of  September  2021.

**UNITED STATES MAGISTRATE JUDGE**

5164274.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September 2021, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Michael Kind
mk@kindlaw.com
Kind Law
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
and
George Haines
ghaines@freedomlegalteam.com
Gerardo Avalos
gavalos@freedomlegalteam.com
Freedom Law Firm
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 Fax
**Counsel for Plaintiff**

J. Christopher Jorgensen
cjorgensen@lewisroca.com
Matthew Ryan Tsai
mtsai@lrrc.com
Lewis Rocha Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949) 8398 Fax
**Counsel for Barclays Bank Delaware**

　　　　　　　　　　　*/s/ Jennifer Bergh*
　　　　　　　　　　　**JENNIFER BERGH**

3

5164274.1