George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Stephen Piccolo Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Piccolo Jr., | Case No.: 2:21-cv-01070-JAD-VCF |
| Plaintiff(s,) | **Stipulation and Order of dismissal of Barclays Bank Delaware with prejudice** |
| v. | |
| Trans Union, LLC; and Barclays Bank Delaware, | ECF No. 18 |
| Defendant(s.) | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Stephen Piccolo Jr. and Barclays Bank Delaware stipulate to dismiss Plaintiff's claims against Barclays Bank Delaware with prejudice.

///

///

///

S<small>TIPULATION</small>  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 8, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Stephen Piccolo Jr.*

**Lewis Roca Rothgerber Christie LLP**

/s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
Matthew Tsai, Esq.
3993 Howard Hughes Pkwy # 600
Las Vegas, NV 89169
*Counsel for Barclays Bank Delaware*

**ORDER**

Based on the stipulation between plaintiff and Barclay's Bank **[ECF No. 18]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Barclay's Bank Delaware are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 13, 2021

STIPULATION    - 2 -